**Opinion issued October 31, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00430-CV

_____

**IVAN MONTALVO, Appellant**

**V.**

**CITY OF HITCHCOCK, Appellee**

On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Case No. 21-CV-1200

## MEMORANDUM OPINION

Appellant, Ivan Montalvo, filed a notice of appeal from the trial court's February 21, 2023 final judgment dismissing the underlying cause for want of prosecution. Appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

On June 9, 2023, the court reporter notified the Court that no reporter's record was taken in this case, and on June 26, 2023, the clerk's record was filed. Accordingly, appellant's brief was due to be filed on or before July 26, 2023. *See* TEX. R. APP. P. 38.6(a). Appellant did not file an appellant's brief.

On August 15, 2023, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra.